UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLLABORATION TECHNOLOGIES, INC., Plaintiff | ) | |
| v. | ) | C.A. No. 08-00165/ML |
| CAPEWELL COMPONENTS CO., LLC., Defendant | ) | |

ENTRY OF APPEARANCE

Gordon P. Cleary of Vetter & White hereby enters his appearance as counsel for defendant Capewell Components Co., LLC.

/s/ Gordon Cleary
Gordon P. Cleary, Esq., #1948
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

Dated: May 6, 2008

CERTIFICATE OF SERVICE

To:

Peter J. Brockmann, Esq.
Brockmann & Associates, Ltd.
77 Narragansett Avenue
Jamestown, RI 02835

I hereby certify that I electronically filed this Entry of Appearance on May 6, 2008. The Entry of Appearance is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon Cleary