cti

# PROFESSIONAL SERVICES INVOICE

| | |
|---|---|
| **FROM:**<br>Collaboration Technologies, Inc<br>138 Laurel Ridge Lane<br>North Kingstown, RI USA 02852 | **TO:**<br>**Capewell Components, LLC**<br>**105 Nutmeg Road**<br>**South Windsor, CT 06074**<br>**Attn: Accounts Payable** |
| **INVOICE NO:** **IN2008246**<br><br>**DATE:** **2/29/08** | **PURCHASE ORDER NO.:** 22193<br><br>**VENDOR NO.:** CTI<br><br>**LABOR CATEGORY:** N/A<br><br>**CAT CODE:** N/A |

**BILLING SUMMARY:**

Travel to CWID '08 Mid-Planning Conference,
Virginia Beach, VA - 1/28/08 – 2/1/08 $1,081.11

Total Invoiced: $ 1,081.11

**SUPPORTING INFORMATION:**

**Dates Work Performed:** N/A

**Statement of Work Accomplished:**

Software Engineering Services, Equipment, and Travel Expenses
in Support of Capewell - CTI Marketing and Sales Agreement
dated 2/6/06, Ammended 8/21/06

| | |
|---|---|
| **I CERTIFY THAT THE COSTS BILLED HEREIN ARE CORRECT.**<br><br>Joshua Trainer<br><br>**DATE** | **APPROVED for PAYMENT:**<br><br>**Auth Signature:**<br><br>**Date:** |

NOTE: On Balances of 30 days or over, we will compute a FINANCE CHARGE of 1.50% per month, which is an 18.0% Annual Percentage Rate.