CTI Invoice Summary '07 - Marketing Expenses

| Invoice | Date | Activity | Invoice | Payee | Period | Amount | Payment | Date Paid |
|---|---|---|---|---|---|---|---|---|
| N/A | 12/21/07 | Duplicate Payment | Capewell Electronic Deposit to CTI Account | CW | | | $ 25,000.00 | 12/21/07 |
| N/A | 1/11/07 | Repayment | CTI Electronic Deposit to Capewell | CTI | | | $ (10,000.00) | 1/11/07 |
| N/A | 2/12/07 | Repayment | CTI Electronic Deposit to Capewell | CTI | | | $ (10,000.00) | 2/12/07 |
| N/A | 6/13/07 | Payment | Capewell Check to CTI | CW | | | $ 1,324.51 | 6/13/07 |
| | | | | | | | $ 6,324.51 | Payments Applied |
| IN2007240 | 11/30/07 | Demo to Gen Gray | Copies of Presentation | CW | 12/1/06 - 12/31/06 | $ 91.10 | | |
| IN2007241 | 11/30/07 | CWID '07 MPC | Travel Expenses | CW | February '07 | $ - | | Paid Already |
| IN2007242 | 11/30/07 | WebEx | Marketing Expenses | CW | Dec '06 - Mar '07 | $ 1,562.85 | | |
| IN2007243 | 11/30/07 | CWID '07 Execution | Travel Expenses (DB) | CW | Jun | $ 150.86 | | |
| IN2007244 | 11/30/07 | CWID '08 IPC | Travel Expenses (JT, CT) | CW | Nov | $ 1,109.54 | | |
| IN2007245 | 11/30/07 | CoA DSN Test | Billable Expenses | CW | Nov | $ 11,389.78 | | |
| | | | | | | $ 14,304.13 | $ 7,979.62 | Outstanding Due |

[redacted]