-DEC-2007 16:24 FROM-DCISS +02 6266 2021 T-336 P.001/005 F-719

**Australian Government**

**Department of Defence**
Defence Materiel Organisation

RECEIVED DEC 1 9 2007

| | |
|---|---|
| To | Capewell Components |
| Facsimile | 860-610-0120 |
| Telephone | 860-610-0700 |
| Attention | Ed Johnson |

| | |
|---|---|
| From | Tim Wedding |
| Facsimile | |
| Telephone | (02) 6265 55962 |
| email | tim.wedding@defence.gov.au |

| | | | | |
|---|---|---|---|---|
| Subject | Purchase Order for ctMPS | | | |
| Reference | 019 of 07/08 | Date | 19 December 2007 | Pages *(including cover)*: |

Sir,

Please find enclosed the Purchase Order for the provision of the Collaborative Technologies Mission Planning (ctMPS) and Portable Flight Planning System (PFPS) Plug-In.

Please confirm receipt of this fax.

If there are any queries, please do not hesitate to contact me.

Regards

Tim Wedding
Airworthiness Engineer
CISSO-MPS

**ORDER FLOW CHECKLIST**

| TASK | DATE | INIT |
|---|---|---|
| ORDER IN | 12/19/07 | Jmr |
| QUOTE PULLED | 5888 Revised 12/19/07 | Jmr |
| TO BUS MGR | 12/19/07 | Jmr |
| PO CHANGE?/TE? | | |
| TO EXP REV | | |
| TO EST/SCH | | |
| ORDER ACCPT'D | | |
| TO O/E | | |
| TO PROD | | |

This facsimile remains the property of the Department of Defence.
If sent incorrectly, please notify the sender on the phone number listed above.

**Australian Government**
**Department of Defence**
Defence Materiel Organisation

Electronic & Weapon Systems Division (EWSD)
Joint Command Support Environment (JCSE)

20 December 2006

Capewell Components
105 Nutmeg Road South
South Windsor, CT 06074-5400
USA

Attn: Mr. Ed Johnson,

Dear Sir,

**JSCE PROJECT OFFICE**
**PURCHASE ORDER 4500627317 – ctMPS**

Reference:

A. Quotation for ctMPS date 7 Dec 2007.

1. Further to Reference A, I wish to advise that Purchase Order 4500627317 (enclosure 1) is forwarded to provide funding for the provision of the Collaborative Technologies Mission Planning (ctMPS) and Portable Flight Planning System (PFPS) Plug-In.

2. The Purchase Order Number should be quoted on all packages and documentation, including your claim for payment.

3. The Commonwealth's usual terms of payment are thirty (30) days from the receipt, in good order and condition, of all goods and services and a correctly rendered invoice.

4. Should you wish to discuss any aspect of this matter, please do not hesitate to contact me on telephone +61 (0) 2 6266 7422.

Prem Singh
Business Finance Manager
Joint Command Support Environment
Defence Materiel Organisation

Enclosures

1. Purchase Order 4500627317
2. Letter of Acknowledgment

3780474

Australian Government
Department of Defence

# Purchase Order

ABN: 68 706 814 312

Date : 19 Dec 2007
Order No: 4500627317

| Vendor: 71304 | Your Reference: 5888 | Quotation No: |
|---|---|---|
| CAPEWELL COMPONENTS COMPANY LLC<br>DBA CAPEWELL DIV CAPEWELL<br>CAPEWELL COMPONENTS COMPANY LLC<br>105 NUTMEG ROAD S<br>SOUTH WINDSOR CT 06074-5400<br>UNITED STATES<br><br>ATT: Ed Johnson<br>Tel: 860-610-0700 Fax: 860-610-0120 | Approved By: Tyson John Gumm<br>Contact: Prem Sheila Singh<br>Area: DCOSS<br>Email: PREM.SINGH@DEFENCE.GOV.AU<br>Tel: (02) 6266 7422 Fax:<br>Payment Terms: Net 30 Days<br>FOB Point: | |

Note: The order total is inclusive of GST where applicable.

TOTAL PRICE(USD): 390,800.00

This purchase order has been raised in accordance with the attached terms and conditions and as per your quote 5888 (Revised) dated 7 Dec 2007.

This order is subject to the attached terms and conditions.

| Item | Description | Quantity | Unit | Unit Price | Total USD |
|---|---|---|---|---|---|
| 00001 | S'ware Licenses for CTIctMPS X 30<br>Qty. conversion: 1 VAL = 1 VAL<br>Delivery date: 30 JUN 2008<br>C06-2000 CTMPS (Prod Code)<br>Please Deliver to: | 60,000.00 | VAL | 1.00 | 60,000.00 |
| 00002 | CTI S'ware Development<br>Delivery date: 30 JUN 2008<br>As per Statement for Work attached to RFQ008 of 07/08<br>CTMPS ~~C06-2001~~ ~~MISC CHARGES~~ CTMPS<br>Please Deliver to: | 250,450.00 | VAL | 1.00 | 250,450.00 |
| 00003 | Floating Licence Server X 1<br>Delivery date: 30 JUN 2008<br>C06-2002 | 50,000.00 | VAL | 1.00 | 50,000.00 |
| 00004 | RTI Software<br>Delivery date: 30 JUN 2008<br>C06-2003 | 30,000.00 | VAL | 1.00 | 30,000.00 |
| 00005 | Export License<br>Delivery date: 30 JUN 2008<br>Please Deliver to: | 350.00 | VAL | 1.00 | 350.00 |
| | TOTAL LINE ITEM PRICE(USD): | 390,800.00 | | | |

Mark Packages:
4500627317 /

Direct Invoices to:
THE FINANCE MANAGER
COMBAT & OPERATIONAL SUPPORT SYS
RUSSELL OFFICES
R3-3-063
CANBERRA ACT 2600
AUSTRALIA

ACKNOWLEDGMENT AND ACCEPTANCE
**OF RECEIPT OF PURCHASE ORDER 4500627317**

TO BE SIGNED AND RETURNED TO:

JOINT COMMAND SUPPORT ENVIRONMENT PROJECT OFFICE
RUSSELL OFFICES R3-3-125
DEFENCE MATERIEL ORGANISATION
DEPARTMENT OF DEFENCE
CANBERRA ACT 2600
AUSTRALIA

Attention: JCSE Finance Manager

I/We Capewell Components acknowledge

the receipt of Purchase Order 4500627317 dated 19 Dec 2006, for ctMPS contract with the JCSE Project Office from 19 Dec 2007, and confirm my/our acceptance of the Contract in accordance with the Terms and Conditions contained therein.

Signed by or on behalf of the Contractor

Richard J. Cleary (signature)
Signature

Richard J. Cleary
Printed Name

Official Position held — Vice President / General Manager

Dec 20, 2007
Date