**PURCHASE ORDER** PAGE: 1 of 3

Registered ISO 9001 Company

CAPEWELL

CAPEWELL COMPONENTS CO. LLC
105 NUTMEG ROAD SOUTH
SOUTH WINDSOR, CT 06074
PHONE: (860) 610-0700
FAX: (860) 610-0120

P.O. NUMBER: 330803
ORDER DATE: 2/21/2008

VENDOR NO: CTI

VENDOR:
CTI
PO BOX 1013
N. KINGSTOWN, RI 02852

SHIP TO:
CAPEWELL
105 NUTMEG ROAD

SOUTH WINDSOR, CT 06074

CONFIRM TO:
Mr. JOSHUA TRAINER
Phone: (401) 295-7161 Fax: (401) 294-1146

| SHIP VIA | F.O.B. | TERMS |
|---|---|---|
| | | Net 30 |

| ITEM NO. | U/M | ORDER QTY. | RECEIVED QTY. | BALANCE DUE | UNIT COST | AMOUNT |
|---|---|---|---|---|---|---|
| UPGRADE | | 20.00 | 0.00 | 20.00 | 0.00 | $0.00 |

REVISED 3/6/08
CHANGED PAYMENT TERMS, ADDED NOTES

Note: All software engineering, software design and software development performed under this Purchase Order shall remain the property of Collaboration Technologies, Inc (CTI). Delivery of all software products that support the functional requirements specified in the Statement of Work Specification Documents shall be in the form of executable programs, binary libraries and data files that remain the property of Collaboration Technologies, Inc. No software design documentation, drawings, or source code shall be provided by CTI under this Purchase Order.

UPGRADE 20 LICENSE SEATS P/N C06-2000 IN HOUSE TO VERSION CTMPS 6.0 @ NO CHARGE TO CAPEWELL.

Deliver on: 6/15/2008

[redacted]

# PURCHASE ORDER



Registered ISO 9001 Company

CAPEWELL

CAPEWELL COMPONENTS CO. LLC
105 NUTMEG ROAD SOUTH
SOUTH WINDSOR, CT 06074
PHONE: (860) 610-0700
FAX: (860) 610-0120

P.O. NUMBER:330003
ORDER DATE: 2/21/2008

VENDOR NO: CTI

VENDOR:
CTI
PO BOX 1013
N. KINGSTOWN, RI 02852

SHIP TO:
CAPEWELL
105 NUTMEG ROAD

SOUTH WINDSOR, CT 06074

CONFIRM TO:
Mr. JOSHUA TRAINER
Phone: (401) 295-7161 Fax: (401) 234-2140

| SHIP VIA | F.O.B. | TERMS |
|---|---|---|
| | | Net 30 |

| ITEM NO. | U/M | ORDER QTY. | RECEIVED QTY. | BALANCE DUE | UNIT COST | AMOUNT |
|---|---|---|---|---|---|---|
| C06-2000 | EA | 10.00 | 0.00 | 10.00 | 1,580.00 | $15,800.00 |
| LICENSE - 1 SEAT, MISSION PLANNED SW<br>NOTE: THE C06-2000 IS A ONE TIME LAUNCH PRICE<br>Deliver on: 5/15/2008 | | | | | | |
| C06-2002 | EA | 1.00 | 1.00 | 0.00 | 50,000.00 | $50,000.00 |
| FLOATING LICENCE SERVER X 1<br>NOTE: THE C02-2002 FLOATING LICENSE SERVER FUNCTIONALITY WILL ULTIMATELY BE GIVEN TO THE AUSTRALIAN MOD CUSTOMER.<br>Deliver on: 3/7/2008 | | | | | | |
| C06-2003 | EA | 1.00 | 1.00 | 0.00 | 30,000.00 | $30,000.00 |
| RTI SOFTWARE<br>NOTE: THE RTI SOFTWARE C06-2003 WILL ULTIMATELY BE GIVEN TO THE AUSTRALIAN MOD CUSTOMER<br>Deliver on: 3/7/2008 | | | | | | |
| 20% SOFTWARE DEV | | 1.00 | 1.00 | 0.00 | 30,000.00 | $30,000.00 |
| 20% DUE UPON SUCCESSFUL COMPLETION AND STATEMENT OF WORK (SPECIFICATION DOCUMENT REQUIRED).<br>Deliver on: 3/7/2008 | | | | | | |
| 30% SOFTWARE DEV | | 1.00 | 0.00 | 1.00 | 45,000.00 | $45,000.00 |
| 30% DUE UPON SUCCESSFUL COMPLETION, STATEMENT OF WORK, ALPHA REVIEW REPORT AND LIVE DEMO.<br>Deliver on: 4/30/2008 | | | | | | |

PURCHASE ORDER

PAGE: 3 of 3

Registered ISO 9001 Company

CAPEWELL

CAPEWELL COMPONENTS CO. LLC
105 NUTMEG ROAD SOUTH
SOUTH WINDSOR, CT 06074
PHONE: (860) 610-0700
FAX: (860) 610-0120

P.O. NUMBER: 330803
ORDER DATE: 2/21/2008

VENDOR NO: CTI

VENDOR:
CTI
PO BOX 1013
N. KINGSTOWN, RI 02852

SHIP TO:
CAPEWELL
105 NUTMEG ROAD
SOUTH WINDSOR, CT 06074

CONFIRM TO:
Mr. JOSHUA TRAINER
Phone: (401) 295-7161 Fax: (401) 234-1146

| SHIP VIA | F.O.B. | TERMS |
|---|---|---|
| | | Net 30 |

| ITEM NO. | U/M | ORDER QTY. | RECEIVED QTY. | BALANCE DUE | UNIT COST | AMOUNT |
|---|---|---|---|---|---|---|
| 40% SOFTWARE DEV | | 1.00 | 0.00 | 1.00 | 60,000.00 | $60,000.00 |
| 10% SOFTWARE DEV | | 1.00 | 0.00 | 1.00 | 15,000.00 | $15,000.00 |

40% SOFTWARE DEV: 40% DUE UPON SUCCESSFUL COMPLETION AND STATEMENT OF WORK. BETA SOFTWARE DELIVERY.
Deliver on: 5/15/2008

10% SOFTWARE DEV: 10% DUE UPON SUCCESSFUL COMPLETION, STATEMENT OF WORK AND FINAL ACCEPTANCE (CERTIFICATE RETURNED)

*********************************

ANY QUESTIONS CONCERNING THIS ORDER, CONTACT JACKIE GRIFFIN AT EXT 3386

Deliver on: 7/15/2008

PO Total: $245,800.00

EST FREIGHT: $0.00

We request all OSHA required Material Safety Data Sheets (including Updates) be enclosed with all materials, requiring such disclosure, purchased by Capewell Components LLC.

Seller in performing work required by this purchase order guarantees compliance with the Fair Labor Standards Act (Public Law 95-5401), EEO Clause in Section 202, Paragraphs 1-7 of Executive Order 11246, Public Law 95-507, and Executive Order 11625 and 12138 for Small Minority and Women Owned Business Enterprises and Rules and Regulations 41 CFR Part 60-250, 41 CFR Part 60-741.4 for Handicap Workers and Disabled Viet Nam Veterans. If the seller is a subcontractor, then the contract clause set forth in 41 CFR Section 61-250.10 shall be deemed incorporated by reference.

3/6/08
3/6/08

NO. 306 P. 4
MAR. 6. 2008 2:33PM CAPEWELL COMPONENTS