**Collaboration Technologies, Inc.**

138 Laurel Ridge Lane
N. Kingstown, RI 02852

7 March 2008

Capewell Components, LLC
105 Nutmeg Road
South Windsor, CT 06074

Attn: Mike Hickey

Mike,

We are pleased to acknowledge and accept your Purchase Order No. 330803, Revised 3/6/08.

If you have any questions concerning this correspondence, please call me at (401) 954-1214 or (401) 234-1145.

Respectfully,

Joshua Trainer
President / CEO

# INVOICE

| | |
|---|---|
| **FROM:**<br>Collaboration Technologies, Inc<br>138 Laurel Ridge Lane<br>North Kingstown, RI USA 02852 | **TO:**<br>**Capewell Components, LLC**<br>**105 Nutmeg Road**<br>**South Windsor, CT 06074**<br>**Attn: Accounts Payable** |
| **INVOICE NO:** **IN2008247**<br><br>**DATE:** **3/7/08** | **PURCHASE ORDER NO.:** 22193<br><br>**VENDOR NO.:** CTI<br><br>**LABOR CATEGORY:** N/A<br><br>**CAT CODE:** N/A |

**BILLING SUMMARY:**

Progress Payment 1 for Capewell Purchase Order No. 330803, Revised 3/6/2008

Total Invoiced: $ 110,000.00

**SUPPORTING INFORMATION:**

**Dates Work Performed:** ________________N/A______________________________

**Statement of Work Accomplished:**

______________________________________________________________________

________This Invoice is for Line Items C06-2002, C06-2003, and 20% Software_

________ Research and Development under Capewell Purchase Order No 330803

________ dated 2/21/08, Revised 3/6/08 _____(refer to Attachement 1)

| | |
|---|---|
| **I CERTIFY THAT THE COSTS BILLED HEREIN ARE CORRECT.**<br><br>___________________________<br>Joshua Trainer<br><br>___________________________<br>**DATE** | **APPROVED for PAYMENT:**<br><br>**Auth Signature:** ___________________________<br><br>**Date:** ___________________________ |

NOTE: On Balances of 30 days or over, we will compute a FINANCE CHARGE of 1.50% per month, which is an 18.0% Annual Percentage Rate.