CAPEWELL
Life Support/Aerial Delivery Systems

April 14, 2008

**VIA EMAIL AND REGISTERED U.S. MAIL**

Joshua Trainer
Collaboration Technologies, Inc.
PO Box 1013
North Kingstown, RI 02852
Email: jtrainer@collaborationtech.net

Re: Sales and Marketing Representative Agreement

Dear Josh:

Capewell Components Co., LLC ("Capewell") and Collaboration Technologies, Inc. ("CTI") are parties to a Sales and Marketing Representative Agreement dated as of February 6, 2006 (the "Agreement) pursuant to which Capewell acts as representative for the sale and marketing of CTI's proprietary ctMPS Collaboration Mission Planning System (the "Products"). Unfortunately, Capewell must insist on terminating our relationship with CTI as this time.

In attempting to work with CTI in good faith, and in seeking to diligently market the Products, we are increasingly concerned about CTI's ability to support the Products. Capewell's requests for assurances and service have been met with inadequate responses. CTI has simply made it impossible for Capewell to effectively serve as its representative for the Products and for Capewell to perform its obligations under the Agreement. Our ability to effectively market the Products, invest further time and efforts and attach our name to the Products in the market is irreparably damaged. Therefore, we are terminating the Agreement effective immediately.

Without limiting the above grounds for terminating the Agreement, we note that Section 2 of the Agreement provides that either Capewell or CTI may terminate the Agreement in the event that Capewell sells fewer than 500 units of the Products in 2007. Despite complying with its obligations under the Agreement, Capewell sold fewer than 500 units in 2007 and therefore hereby elects to terminate the Agreement pursuant to Section 2 of the Agreement.

As you know, the Australian government has placed on Capewell a purchase order for the Products, and Capewell in turn placed a corresponding purchase order on CTI. We are informing the Australian purchaser that our relationship with CTI is terminated, and will encourage them to deal directly with CTI. We would expect that this would involve the termination of both existing purchase orders (the one placed on Capewell and the one placed on CTI), and the substitution of a new purchase order placed directly on CTI by the Australian government.

This outcome is regrettable, and we certainly wish CTI much success. If there are other ways that we can assist you in a transition to direct sales efforts or to a replacement representative, please do not hesitate to call.

Very truly yours,

Capewell Components Co., LLC

By: [signature]
Name: Kenneth W. MacCormac
Title: President