CAPEWELL

*Life Support/Aerial Delivery Systems*

April 24, 2008

Lt Col Dean Wild
Australian Ministry of Defence
System Manager - Mission Planning Systems
Russell Offices R3-3-053
CANBERRA ACT 2600
Tel: +61 2 6265 1652
Fax: +61 2 6265 2821
Email:
dean.wild@defence.gov.au

Dear Sir, I regret to inform you that Capewell Components LLC will not be able to deliver the goods and services ordered in Australian MOD Purchase Order (PO) #450062731719 dated 19 December, 2007. This is due to a recent company decision to no longer support this product line. I would ask you to cancel PO # 450062731719 issued to Capewell Components LLC and suggest that you deal directly with Mr Joshua Trainer, President of Collaboration Technologies Inc. (CTi) to complete this contract. Capewell will assist The Australian MOD in the transition from Capewell to CTi to the best of our ability if that is your wish. Please consider this letter formal notification that Capewell Components LLC has cancelled our Invoice # 3150881 issued to The Australian MOD on 20 February, 2008 for the sum of $130,440.00 which was the first of several scheduled progress payments. We apologize for any inconvenience this action causes the Australian MOD.

Sincerely,

Michael P. Hickey
Director of Sales & Marketing, International
Capewell Components
1-860-610-0700 ext 3417
hickeym@capewell.com

CC: Kenneth MacCormac
Thomas Hatfield
Edward Johnson