UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLLABORATION TECHNOLOGIES, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| Vs. | ) | C.A. # 2008-165ML |
| | ) | **EXPEDITED** |
| CAPEWELL COMPONENTS CO., LLC. | ) | **CONSIDERATION** |
| | ) | **REQUESTED** |
| Defendant | ) | |

PLAINTIFF'S MOTION TO SEAL DOCUMENTS

NOW COMES the Plaintiff, Collaboration Technologies, Inc. (hereafter, "CTI"), and, pursuant to LR Gen 102, hereby moves this Honorable Court to seal the Verified Complaint (and its Exhibits) and the Memorandum and Affidavit in Support of CTI's Motion for injunctive relief. As grounds, CTI states that the documents contain confidential information as well as information that may be considered sensitive to the Australian Department of Defense.

COLLABORATION TECHNOLOGIES, INC.
By its attorneys,
Brockmann & Associates, Ltd.

By: ______________________
Peter J. Brockmann, Esq. #4355
77 Narragansett Avenue
Jamestown, Rhode Island 02835
(401) 423-1969; fax: (401) 633-6143
pjb@brocklaw.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the within Motion was served upon Capewell Components Co., LLC. ATTN: Kenneth MacCormac, President, by facsimile #860-610-0120 and by certified mail, return receipt requested to 105 Nutmeg Road South, South Windsor, CT 06074 on this 2nd day of May, 2008.

______________________