(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

COLLABORATION TECHNOLOGIES, INC.
Plaintiff(s)

v. Dkt. No. 2008- 0165/ML

CAPEWELL COMPONENTS CO., LLC
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

XXXXXXX/Defendant Capewell Components Co., LLC hereby moves that Charles L. Howard be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Brooks R. Magratten, Esq.
Print Name

Vetter & White
Firm and Business Address
20 Washington Place
Providence, RI 02903

RI Bar ID # 3585

Email: bmagratten@vetterandwhite.com

Tel. # (401) 421-3060

Fax # (401) 272-6803

## ORDER

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date