UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLLABORATION TECHNOLOGIES, INC., Plaintiff | ) | C.A. No. 08-465 |
| vs. | ) | |
| CAPEWELL COMPONENTS CO., LLC, Defendant | ) | |

MEMORANDUM AND ORDER

This matter came before the Court on May 7, 2008, on plaintiff's motion to seal the complaint and for a temporary restraining order. After a review of plaintiff's supporting papers, and hearing from counsel for the parties:

1. Plaintiff's motion to seal the complaint is denied.

2. On the showing made, plaintiff's claim is capable of being redressed by money damages, and irreparable injury has not been shown, particularly in light of the mandatory nature of the injunctive relief requested. Therefore, plaintiff's motion for a temporary restraining order is denied.

By Order,

Barbara Barletta
Clerk

Enter:

Mary M. Lisi
USD, J.

Dated: May 12, 2008