UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLLABORATION TECHNOLOGIES, INC., Plaintiff | ) | |
| v. | ) | C.A. No. 08-0165/ML |
| CAPEWELL COMPONENTS CO., LLC., Defendant | ) | |

STIPULATION

Plaintiff and defendant agree that defendant may have up to and including June 17, 2008 to respond to the complaint.

/s/ Peter J. Brockman
Peter J. Brockmann, Esq. #4355
Brockmann & Assoc. Ltd.
Attorneys for Plaintiff
77 Narragansett Avenue
Jamestown, RI 02835
(401) 423-1969
(401) 633-6143 FAX
pjb@brocklaw.net

/s/ Brooks R. Magratten
Brooks R. Magratten, Esq., #3585
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com

Charles L. Howard, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103
(860) 251-5000
(860) 251-5099 FAX
choward@goodwin.com

Dated: May 21, 2008