UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLLABORATION TECHNOLOGIES, INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| Vs. | ) | C.A. # 08-0165 ML |
| | ) | |
| CAPEWELL COMPONENTS CO., LLC. | ) | |
| | ) | |
| Defendant | ) | |

PLAINTIFF'S ASSENTED-TO MOTION
TO ENLARGE OBJECTION PERIOD

NOW COMES the Plaintiff, Collaboration Technologies, Inc. (hereafter, "CTI"), and, hereby moves this Honorable Court to enlarge until June 12, 2008, the deadline for CTI to file and serve its Objection to the Defendant's *Combined Motion to Compel Arbitration and Stay Litigation*. The Defendant assents to the granting of this Motion.

COLLABORATION TECHNOLOGIES, INC.
By its attorneys,

Brockmann & Associates, Ltd.

By: /s/ Peter J. Brockmann
Peter J. Brockmann, Esq. #4355
77 Narragansett Avenue
Jamestown, Rhode Island 02835
(401) 423-1969; fax: (401) 633-6143
pjb@brocklaw.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the within document was filed electronically on May 21, 2008, and is available for viewing and downloading from the Court's ECF system. Service of a true and accurate copy of the within will be made by electronic means upon the following:

Gordon P. Cleary, Esq.
Brooks R. Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Charles L. Howard, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

/s/ Peter J. Brockmann