(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

COLLABORATION TECHNOLOGIES, INC.
Plaintiff(s)

v. Dkt. No. 2008-0165/ML

CAPEWELL COMPONENTS CO., LLC
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant Capewell Components Co., LLC hereby moves that Susan S. Murphy be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Brooks R. Magratten, Esq.
Print Name

RI Bar ID # 3585

VETTER & WHITE
Firm and Business Address

20 Washington Place

Providence, RI 02903

Email: bmagratten@vetterandwhite.com

Tel. # (401) 421-3060

Fax # (401) 272-6803

---

**ORDER**

This motion is hereby ____ GRANTED ____ DENIED

District Judge

Date

CERTIFICATE OF SERVICE

To:

Peter J. Brockmann, Esq.
Brockmann & Associates, Ltd.
77 Narragansett Avenue
Jamestown, RI 02835

I hereby certify that I electronically filed the Motion For Admission Pro Hac Vice on July 3, 2008. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Brooks Magratten