UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLLABORATION TECHNOLOGIES, INC., Plaintiff | ) | C.A. No. 08-165/ML |
| vs. | ) | |
| CAPEWELL COMPONENTS CO., LLC, Defendant | ) | ORDER |

Defendant Capewell Components Co., LLC, having moved on May 17, 2008 to compel arbitration and to stay proceedings in this action, the plaintiff Collaboration Technologies, Inc. having objected thereto and the Court on July 21, 2008 having heard arguments on the same, it is hereby ORDERED:

1. Defendant's motion to compel arbitration is granted;

2. This action is stayed for 90 days, at which time both parties shall report to the Court as to the status of arbitration proceedings.

ORDERED:

Barbara Barletta
Clerk

ENTER:

Mary M. Lisi
Lisi, J.

Dated: July 22, 2008

Presented by:

/s/ Brooks R. Magratten
Gordon P. Cleary, No. 1948
Brooks R. Magratten, No. 3585
VETTER & WHITE
Attorneys for Defendant Capewell Components Co., LLC
20 Washington Place