UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| COLLABORATION TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 1:08-cv-00165-ML-LDA |
| *vs.* | ) | |
| CAPEWELL COMPONENTS CO., LLC, | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the undersigned parties to the above-captioned action, plaintiff, Collaboration Technologies, Inc., and defendant, Capewell Components Co., LLC, hereby stipulate that this action be voluntarily dismissed with prejudice and without costs or attorneys' fees to any party.

PLAINTIFF,
COLLABORATION TECHNOLOGIES, INC.
By Its Attorneys

/s/ Peter J. Brockman

Peter J. Brockmann
BROCKMANN & ASSOCIATES, LTD.
77 Narragansett Avenue
Jamestown, RI 02835
Phone: (401) 423-1969
Facsimile: (401) 633-6143
Email: pjb@brocklaw.net

DEFENDANT,
CAPEWELL COMPONENTS CO., LLC
By Its Attorneys

/s/ Brooks R. Magratten

Brooks Magratten
Gordon P. Cleary
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Phone: (401) 421-3060
Facsimile: (401) 272-6803
Email: bmagratten@vetterandwhite.com

Charles L. Howard
Susan S. Murphy
SHIPMAN & GOODWIN LLP

One Constitution Plaza
Hartford, CT 06103
Phone: (860) 251-5000
Facsimile: (860) 251-5319
Email: choward@goodwin.com

Dated: August 26, 2008

CERTIFICATION OF SERVICE

I hereby certify that on this 26th day of August, 2008, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's sys tem.

/s/ Brooks R. Magratten